IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 1:12cr23-SPM/GRJ

JONATHAN MATTHEW WOOD,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, JONATHAN MATTHEW WOOD, to Count One of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 25th day of October, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge